| Name/Address of Attorney or Pro Per |
|---|
| YOANA A. Kiprilov |
| 1053 E. 6th Street, Ap. 26 |
| Ontario, CA 91764 |
| Telephone 707-570-5155 |
| ☐ FPD  ☐ Apptd  ☐ CJA  ☒ Pro Per |

**FILED** CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE  2016 NOV -1  PM 3:39  BY ___

Lodged proposed order

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YOANA A. Kiprilov
                                                PLAINTIFF(S),
v.
National Board of Medical Examiners,
                                                DEFENDANT(S).

CASE NUMBER: 5:16-cv-00952 JGB (SPx)

**Motion and Affidavit for Leave to Appeal In Forma Pauperis:**
☐ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

The undersigned YOANA A. Kiprilov, Plaintiff, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. New evidence - that has not been taken and presented; reverse the prejudice against me,
   b. state a claim with the help of an attorney,
   c. make clarifications (since there has never been a hearing) on the case.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. Currently unemployed

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☒ Yes ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months. Spousal support Oct. 1, 2015 - Sept. 30, 2016 (end of the support).
   App. 3,800/mo - Oct 1, 2015 - Apr. 30, 2016
   2,750/mo - May 1, 2016 - Sept. 30, 2016
   As of Oct. 1, 2016 - no spousal support.

---

A-18 (04/10)          MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS          Page 1 of 2

c. Are you presently employed in prison? ☐ Yes ☐ No.
If yes, state the number of hours you work per week and the hourly rate of pay.
// // //

d. Do you own any cash or do you have money in a checking or savings account? ☒ Yes ☐ No.
If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. the money from the spousal support was put into my checking account (which is only one).

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? No

f. In what year did you last file an income tax return? 2015

g. Approximately how much income did your last tax return reflect? $19,133 (nineteen thousand, one hundred thirty-three dollars).

h. List the persons who are dependent upon you for support and state your relationship to those persons.
none

i. State monthly expenses, itemizing the major items. rent- 700, phone- $60, Internet $60, electricity- 60, gas- 30, car- 237, fuel- 150, insurance- 116,

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

10 / 31 / 2016
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)

A-18 (04/10)  MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS  Page 2 of 2