# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____    9th Cir. Case No. _____
Appellant(s),

v.

_____
Appellee(s).

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant(s) _____hereby move(s) the court for an order dismissing appeal No. _____-_____.

Dated: _____    _____
                                                    Print Name(s)

                                            _____
                                                  Signature(s)

                                                 Appellant(s) in Pro Se

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____  9th Cir. Case No. _____
Appellant(s),

v.

_____
Appellee(s).

**STATEMENT THAT APPEAL SHOULD GO FORWARD**
(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

_____.

2. What claims did you raise to the court below?

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.)

4. Why are these errors serious enough that this appeal should go forward?

5. Additional Information:

Dated: _____  _____

Print Name(s)

_____

Signature(s)

Appellant(s) in Pro Se