9th Circuit Case Number(s) | 16-56647 |

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
MAR 10 2017
FILED
DOCKETED                  DATE       INITIAL

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > PDF Printer/Creator).

*********************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) | 03/06/2017 |. Appellee is registered with CM/ECF System

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ Joel GA |

*********************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) | 03/06/2017 |.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. Document sent via email to Mr. Eric Herzog and by mail (USPS)

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| Appellant is the only party that is not registered with CM/ECF. Appellee refused to accept service directly. Documents were left at the front desk - (persons named Julius, and Jose) - security who contacted Norton Rose Fullbright. Arrived at (4:02 pm) on 03/06/2017 |

Signature (use "s/" format) | s/ Joel GA |