RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 22 2017

FILED
DOCKETED        DATE        INITIAL

9th Circuit Case Number(s) | 16-56647 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*******************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) [         ].

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) [         ]

*******************************************************************

## CERTIFICATE OF SERVICE
When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I ~~electronically filed~~ *via mail sent*, *Addendum to Statement* the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) [03/18/2017].

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. *Appellee is a registered CM/ECF-member. Appellee is also served (via mail) with the Addendum to Statement.*

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

*Appellant is a party not allowed to file electronically directly. Appellant files and serves documents via mail, email and personally. Appellee is a registered CM/ECF-member, served electronically with the Addendum to Statement.*

Signature (use "s/" format) [*Joana A. Kiprilov* /s/]

*Attached is a proof of service as per F.R.A.P. 25(c)(4) and (a)(2)(A), regarding the claim that Appellee was served on Mar. 6th 2017 and filed untimely response.*

No SIM 1:38 PM 81%

Inbox (410) **2 Messages**

**Staples Business Center** 3/6/17

To: yoana_ayanova@yahoo.com Details

From: staples los angeles

Scanned Document From Staples Store

Tap to Download

Staples Scan.pdf

2.8 MB

See More

**yoana_ayanova** 3/6/17

Scan from Staples Details

To: eric.herzog@nortonrosefulbright.com

Sent from my Samsung device

-------- Original message --------

From: Staples Business Center <Ccreg02@staplesbusinesscenter.com>

Date: 03/06/2017 18:18 (GMT-08:00)

To: yoana_ayanova@yahoo.com

Subject: Scan from Staples

From: staples los angeles

Scanned Document From Staples Store

pdf

Staples Scan.pdf

2.8 MB





