# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

**CASE 16:56647**

Remove ✕

**Tracking Number:** 70160910000155698518

▶ ▶ ▶ **Delivered**

**On Time**
**Updated Delivery Day:** Monday, March 6, 2017 ⓘ

**RECEIVED**
**MOLLY C. DWYER, CLERK**
**U.S. COURT OF APPEALS**

**APR 17 2017**

**FILED**
**DOCKETED** _____ _____
　　　　　　　　DATE　　　INITIAL

## Product & Tracking Information

See Available Actions

**Postal Product:**　　　　　**Features:**
Priority Mail™　　　　　　　Certified Mail™
　　　　　　　　　　　　　Up to $50 insurance included
　　　　　　　　　　　　　Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 6, 2017, 10:02 am | Delivered, Left with Individual ▲ | SAN FRANCISCO, CA 94103 |

Your item was delivered to an individual at the address at 10:02 am on March 6, 2017 in SAN FRANCISCO, CA 94103.

| | | |
|---|---|---|
| March 6, 2017, 8:32 am | Available at PO Box | SAN FRANCISCO, CA 94119 |
| March 6, 2017, 8:22 am | Sorting Complete | SAN FRANCISCO, CA 94119 |
| March 6, 2017, 5:46 am | In Transit to Destination | |
| March 5, 2017, 5:46 am | Departed USPS Destination Facility | SAN FRANCISCO, CA 94188 |
| March 4, 2017, 1:50 pm | Arrived at USPS Destination Facility | SAN FRANCISCO, CA 94188 |
| March 4, 2017, 9:24 am | Arrived at USPS Facility | OAKLAND, CA 94615 |
| March 4, 2017, 2:30 am | Departed USPS Facility | SANTA CLARITA, CA 91383 |
| March 3, 2017, 9:31 pm | Arrived at USPS Origin Facility | SANTA CLARITA, CA 91383 |
| March 3, 2017, 7:59 pm | Departed Post Office | PASADENA, CA 91105 |
| March 3, 2017, 4:49 pm | Acceptance | PASADENA, CA 91105 |

See Less ∧

## Available Actions

Text Updates　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　∨

CASE: 16-56647

Proof of service of the Appellant's Statement.

Submitted by Yoana
(Appellant in Pro se)
Yoana A. Kiprilov

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 17 2017

FILED _____
DOCKETED _____
DATE       INITIAL

```
                    ORANGEWOOD
                 99 W CALIFORNIA BLVD
                     PASADENA
                        CA
                    91105-9997
                    0558620605
03/03/2017       (800)275-8777     4:50 PM
===========================================
Product              Sale        Final
Description           Qty        Price

PM 2-Day              1          $7.25
  (Domestic)
  (SAN FRANCISCO, CA  94119)
  (Weight:0 Lb 15.90 Oz)
  (Expected Delivery Day)
  (Monday 03/06/2017)
Certified             1          $3.35
  (@@USPS Certified Mail #)
  (70160910000155698518)

Total                           $10.60

Debit Card Remit'd              $10.60
  (Card Name:Debit Card)
  (Account #:XXXXXXXXXXXX8667)
  (Approval #:          )
  (Transaction #:013)
  (Receipt #:004225)
  (Debit Card Purchase:$10.60)
  (Cash Back:$0.00)

Includes up to $50 insurance

*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*****************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.
```