UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant-Appellee. | No. 16-56647<br><br>D.C. No. 5:16-cv-00952-JGB-SP<br>Central District of California, Riverside<br><br>ORDER |

Before: REINHARDT, CALLAHAN, and NGUYEN, Circuit Judges.

The supplemented motion for reconsideration (Docket Entry Nos. 16, 17) of the court's May 18, 2017 order dismissing this appeal is denied. *See* 9th Cir. R. 27-10. The motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

Because the appeal remains closed, the court takes no action as to appellant's May 22, 2017 "motion for summary reversal and injunctive relief" (Docket Entry No. 15).

No further filings will be entertained in this closed case.

SLL/MOATT