UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>        Defendant - Appellee. | No. 16-56647<br><br>D.C. No. 5:16-cv-00952-JGB-SP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered May 18, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7